## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

       Plaintiff,

vs.                                                                                                                             No. CR 11-171 JB

JESUS QUINONEZ-MORENO,

       Defendant.

## **MEMORANDUM OPINION AND ORDER**

       **THIS MATTER** comes before the Court on the Defendant's Sentencing Memorandum, filed March 23, 2011 (Doc. 15). The Court held a sentencing hearing on April 8, 2011. The primary issue is whether the Court should impose a minimum term of incarceration that is sufficient, but not greater than necessary, to comply with the statutory directives set forth in 18 U.S.C. § 3553(a). The Court has carefully considered the Presentence Investigation Report and the oral arguments made at the sentencing hearing, and, for the reasons stated on the record, and for further reasons consistent with those already stated, the Court grants Quinonez-Moreno's request and sentences him to a four month term of incarceration

       **IT IS ORDERED** that Defendant Jesus Quinonez-Moreno's request in his sentencing memorandum and at the sentencing hearing for a term of incarceration that is sufficient, but not greater than necessary, to comply with the statutory directives set forth in 18 U.S.C. § 3553(a), is granted. The Court will sentence Quinonez-Moreno to 4 months in the custody of the Bureau of Prisons.

_____
UNITED STATES DISTRICT JUDGE

*Counsel*:

Kenneth J. Gonzales
  United States Attorney
James R.W. Braun
Nicholas Jon Ganjei
  Assistant United States Attorneys
Albuquerque, New Mexico

    *Attorneys for the Plaintiff*

Benjamin C. Wilson
Albuquerque, New Mexico

    *Attorney for the Defendant*